# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Danny Terron Roney,** | ) | JUDGMENT IN CASE |
| Petitioner, | ) | 1:20-cv-00381-MOC |
| | ) | 1:16-cr-00039-MOC-WCM |
| vs. | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 18, 2021 Order.

June 18, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court